# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC and PIMCO INVESTMENTS LLC,<br><br>*Appellants*,<br><br>v.<br><br>KARI CRUTCHER,<br><br>*Appellee*. | Civil Action No. 1:24-cv-00001<br><br>Appeal from the Bankruptcy Court |

### APPELLANTS' (I) STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL, AND (II) DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a) ("**Fed. R. Bankr. P.**") and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation ("FGMC") (9575); and Maverick II Holdings, LLC ("Maverick") (5621). The service address for FGMC is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.

Appellants Pacific Investment Management Company LLC and PIMCO Investments LLC (collectively, the "**PIMCO Parties**" or the "**Appellants**"), by and through undersigned counsel, hereby respectfully submit this (i) statement of the issue to be presented on appeal, and (ii) designation of the items to be included in the record in connection with their appeal from this Court's *Memorandum Opinion* [D.I. 1087] (the "**Opinion**") and *Order Denying Motion To Enforce Plan Injunction* [D.I. 1088] (the "**Order**").

## I. Statement of the Issue to be Presented on Appeal.

The issue in this appeal is:

(1) Whether the claim that Relator seeks to assert in the *qui tam* action against the PIMCO Parties was released by the Debtors under their plan and violates the plan injunction because that claim belonged to the Debtors' bankruptcy estate?[2]

## II. Designation of Record on Appeal.

Pursuant to Fed. R. Bankr. P. 8009(b)(1) the Appellants hereby certify that they are not ordering any transcripts at this time because all necessary transcripts have been prepared, are filed on the docket, and are designated in the following

---

[2] *See, e.g.*, *Artesanias Hacienda Real S.A. de C.V. v. N. Mill Capital, LLC (In re Wilton Armetale, Inc.)*, 968 F.3d 273, 282–83 (3d Cir. 2020); *In re Emoral, Inc.*, 740 F.3d 875, 879 (3d Cir. 2014); *Bd. of Trs. of Teamsters Local 863 Pension Fund v. Foodtown, Inc.*, 296 F.3d 164, 169 (3d Cir. 2002).

designation of the record.  The Appellants submit the following designation of items to be included in the record on appeal:[3]

| ITEM NO. | FILING DATE | ECF NO. | CASE NO. | PLEADING / DOCUMENT |
|---|---|---|---|---|
| 1 | 6/29/22 | 19 | 1:23-cv-1261[4] | Amended Complaint filed by Kari Crutcher ("**First Amended Complaint**") |
| 2 | 6/30/22 | 1 | 22-10584 | Voluntary Petition for First Guaranty Mortgage Corporation ("**First Day Papers**") |
| 3 | 6/30/22 | 19 | 22-10584 | Declaration of Aaron Samples in Support of Chapter 11 Petitions and First Day Pleadings ("**First Day Declaration**") |
| 4 | 6/30/22 | 21 | 22-10584 | Amended Voluntary Petition for First Guaranty Mortgage Corporation ("**Amended First Day Papers**") |

---

[3] All items designated herein by the Appellants include all exhibits, schedules, attachments, copies of transcripts, and other documents included within each docket entry for each such item.

[4] Relator initially filed the *qui tam* action transferred to *United States of America ex rel. et al v. First Guaranty Mortgage Corporation*, No. 1:23-cv-1261 (D. Del. Nov. 6, 2023) as No. 1:16-cv-3812 (N.D. Ga. Oct 13, 2016).

| Item No. | Filing Date | ECF No. | Case No. | Pleading / Document |
|---|---|---|---|---|
| 5 | 11/2/22 | 671 | 22-10584 | Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosures on a Final Basis and (II) Confirming the Amended Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate (the "**Confirmation Order**") |
| 6 | 11/2/22 | 671-1 | 22-10584 | Amended, Modified and Restated Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate (the "**Plan**") |
| 7 | 11/7/22 | 678 | 22-10584 | Notice of (I) Confirmation and Effective Date of the Amended Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate and (II) Deadline Under the Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims |

| Item No. | Filing Date | ECF No. | Case No. | Pleading / Document |
|---|---|---|---|---|
| 8 | 1/11/23 | 71-2 | 1:23-cv-1261 | Second Amended Complaint and Demand for Jury Trial ("**Second Amended Complaint**") |
| 9 | 7/13/23 | 881 | 22-10584 | Transcript regarding Hearing Held 07/11/2023 re: Motion to Compel, Motion for Limited Relief |
| 10 | 8/3/23 | 900 | 22-10584 | Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order |
| 11 | 8/3/23 | 900-3 | 22-10584 | Supplemental Second Amended Complaint and Demand for a Jury Trial (the "**Supplemental Second Amended Complaint**") |
| 12 | 8/17/23 | 918 | 22-10584 | The Liquidating Trustee's and Post-Effective Date Debtors' (I) Joinder to Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order and (II) Reservation of Rights |

| Item No. | Filing Date | ECF No. | Case No. | Pleading / Document |
|---|---|---|---|---|
| 13 | 8/17/23 | 919 | 22-10584 | B2 FIE XI LLC and LVS II SPE XXXIV LLC's Joinder to Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order |
| 14 | 8/28/23 | 930 | 22-10584 | Objection by Kari Crutcher to Motion by Pacific Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order |
| 15 | 9/1/23 | 941 | 22-10584 | Reply of the PIMCO Parties in Further Support of Their Motion to Enforce the Chapter 11 Plan and Confirmation Order |
| 16 | 9/5/23 | 951 | 22-10584 | Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order (the "**Enforcement Order**") |
| 17 | 9/7/23 | 956 | 22-10584 | Transcript regarding Hearing Held 9/5/2023 |
| 18 | 9/19/23 | 966 | 22-10584 | Notice of Appeal of Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order |

| Item No. | Filing Date | ECF No. | Case No. | Pleading / Document |
|---|---|---|---|---|
| 19 | 10/4/23 | 985 | 22-10584 | Designation of Record and Statement of Issues on Appeal of Enforcement Order Pursuant to Fed. R. Bankr. P. 8009(a) |
| 20 | 10/5/23 | 988 | 22-10584 | Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order |
| 21 | 10/12/23 | 991 | 22-10584 | Appellees' Designation of Additional Items to be Included in the Record on Appeal |
| 22 | 10/19/23 | 998 | 22-10584 | Crutcher's Objection to the Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order |
| 23 | 10/13/23 | 108 | 1:23-cv-1261 | Motion for Leave to File Leave to file [sic] Motion to Dismiss and Third Amended Complaint by Kari Crutcher |
| 24 | 10/20/23 | 109 | 1:23-cv-1261 | Notice of Consent to Dismissal of This Action |

| Item No. | Filing Date | ECF No. | Case No. | Pleading / Document |
|---|---|---|---|---|
| 25 | 10/27/23 | 111 | 1:23-cv-1261 | The PIMCO Defendants' Opposition to Relator's Motion for Leave to File the Third Amended Complaint |
| 26 | 10/31/23 | 1017 | 22-10584 | Reply of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order[5] |
| 27 | 11/3/23 | 1028 | 22-10584 | Transcript regarding Contempt hearing held 11/2/23 |
| 28 | 11/13/23 | 1032 | 22-10584 | Order (I) Denying the PIMCO Parties' Motion for Contempt; and (II) Setting Deadlines |
| 29 | 11/16/23 | 1035 | 22-10584 | Stipulation to Voluntarily Dismiss Appeal |
| 30 | 12/1/23 | 1062 | 22-10584 | Relator's Response to the PIMCO Parties' Motion to Enforce |
| 31 | 12/1/23 | 1062-1 | 22-10584 | [Revised Proposed] Third Amended Complaint ("**Third Amended Complaint**") |

---

[5] The Court deemed this a Motion to Enforce against the Third Amended Complaint. D. I. 1032.

| Item No. | Filing Date | ECF No. | Case No. | Pleading / Document |
|---|---|---|---|---|
| 32 | 12/16/23 | 1070 | 22-10584 | Reply of the PIMCO Parties in Further Support of Their Motion to Enforce the Confirmation Order Against the Proposed Third Amended Complaint in the Qui Tam Litigation |
| 33 | 12/27/23 | 1085 | 22-10584 | Transcript Regarding Hearing Held December 21, 2023 re: Omnibus |
| 34 | 12/27/23 | 1087 | 22-10584 | Memorandum Opinion concerning Motion to Enforce Confirmation Order (the "**Opinion**") |
| 35 | 12/27/23 | 1088 | 22-10584 | Order Denying Motion to Enforce Plan Injunction (the "**Order**") |
| 36 | 12/29/23 | 1099 | 22-10584 | Notice of Appeal of the Opinion and the Order |
| 37 | 1/02/24 | 1102 | 22-10584 | Appeal Transmittal Sheet re: Notice of Appeal |

### III. Reservation of Rights

Appellants reserve any and all rights to amend this *Appellants' (I) Statement of the Issues to Be Presented on Appeal, and (II) Designation of Items to Be Included*

*in the Record on Appeal*, including, without limitation, to identify and to include additional issues and items for inclusion in the record on appeal.

Dated:  January 12, 2024        */s/ Zachary J. Javorsky*
                                Robert J. Stearn, Jr. (No. 2915)
                                Zachary J. Javorsky (No. 7069)
                                RICHARDS, LAYTON & FINGER P.A.
                                One Rodney Square
                                920 N. King Street
                                Wilmington, DE 19801
                                Telephone:  302-651-7700
                                Email:  stearn@rlf.com
                                           javorsky@rlf.com

-and-

SCHULTE ROTH & ZABEL LLP
Peter H. White
Noah N. Gillespie
555 13th Street NW, Suite 6W
Washington, DC 20004
Telephone: 202.729.7476
Email:  pete.white@srz.com
           noah.gillespie@srz.com

-and-

Kristine Manoukian (No. 5509)
Kelly V. Knight
Paulina Piasecki
919 Third Avenue
New York, NY 10022
Telephone:  212.756.2466
Email: kristine.manoukian@srz.com
           kelly.knight@srz.com
           paulina.piasecki@srz.com

*Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC*