# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FIRST GUARANTY MORTGAGE | ) | Bankruptcy Case No.: 22-10584-CTG |
| CORPORATION, et al., | ) | Bankr. BAP No. 23-0067 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| PACIFIC INVESTMENT MANAGEMENT | ) | |
| COMPANY, LLC and PIMCO | ) | |
| INVESTMENTS, LLC, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-0001-CFC |
| | ) | |
| KARI CRUTCHER, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **5th day of July 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties initially requested additional time to pursue private mediation;

WHEREAS the parties have conferred further and now jointly agree that their disputes here cannot be resolved through mediation;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is no longer appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellants' Opening Brief: | Appellants' Opening Brief shall be filed forty-five (45) days from the date of the order removing this matter from mediation. |
| Appellee's Answering Brief: | Appellee's Answering Brief shall be due thirty (30) days following receipt of the Appellants' Opening Brief. |
| Appellants' Reply Brief: | Appellants' Reply Brief shall be due fourteen (14) days following receipt of the Appellee's Answering Brief. |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE