IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No.: 22-10584-CTG<br>Bankr. BAP No. 23-0067 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC and PIMCO INVESTMENTS, LLC,<br><br>Appellants,<br><br>v.<br><br>KARI CRUTCHER,<br><br>Appellee. | Civil Action No. 24-0001-CFC |

## **ORDER**

At Wilmington this 9th day of July 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this

1

bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **August 23, 2024.**

2. Appellee's brief in opposition to the appeal is due on or before **September 23, 2024**

3. Appellants' reply brief is due on or before **October 7, 2024.**

_____
Chief Judge

2